ATTORNEY(S) LAW OFFICE OF ANDREW C LAUFER PLLC
264 WEST 40TH ST STE# 604 NEW YORK, NY 10018 | PH: (212) 422-1020

MICHAEL D. COHEN

Plaintiff

vs

United States of America, et al

Defendant

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Raed Ibrahim, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **1/5/2022**, at **1:17 PM** at **TRUMP TOWER, 725 5th Avenue, New York, NY 10022**, Deponent served the within **Summons in a Civil Action and Complaint and Demand for a Jury Trial with Exhibit "A"**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Donald J. Trump**, therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **John Doe (Doorman), a person of suitable age and discretion**.

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **John Doe** is as follows:

Sex: Male    Color of skin: White    Color of hair: Brown    Age: 36-50
Height: 5ft4in-5ft8in    Weight: 161-200 Lbs.    Other :

In addition, the recipient described above, would not provide his full name.

On **January 13, 2022**, service was completed by mailing a true copy of the above stated document(s) to the subject's above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on January 13, 2022

Lisa M. Ottolaro
Notary Public - State of New York
No.01MA6388964; Qualified in Suffolk County
My Commission Expires February 16, 2024

Client's File No.:

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2131454

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*