UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index Number 1 21-CV-10774
Date Filed 12/17/2021

ATTORNEY(S) LAW OFFICE OF ANDREW C LAUFER PLLC
264 WEST 40TH ST STE# 604 NEW YORK, NY 10018 | PH: (212) 422-1020

MICHAEL D. COHEN

Plaintiff

vs

United States of America, et al

Defendant

STATE OF VIRGINIA, COUNTY OF ALEXANDRIA CITY, SS.:

**AFFIDAVIT OF SERVICE**

**MARK HARGOOD**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of Virginia.

That on **12/30/2021**, at **9:29 AM** at **5904 Calla Drive, Mclean, VA 22101**, Deponent served the within Summons in a Civil Action and Complaint and Demand for a Jury Trial with Exhibit "A", with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **William Barr**, therein named, ( hereinafter referred to as 'subject')

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male    **Color of skin**: White    **Color of hair**: Bald    **Age** 61 - 65 Yrs
**Height**: Over 6ft    **Weight**: Over 200 Lbs.    **Other**

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of VIRGINIA in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of VIRGINIA State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on 01/04/2022

Process Server Please sign
MARK HARGOOD
Lic# N/A
Job # 2131458

Client's File No.:

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371772