**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MICHAEL D. COHEN,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

21 Civ. 10774 (LJL)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Moving Defendants' Motion to Dismiss the Complaint, the Moving Defendants, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the complaint against them in full pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: April 4, 2022
New York, New York

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

*/s/ Allison M. Rovner*
ALLISON M. ROVNER
ALYSSA B. O'GALLAGHER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:   (212) 637-2691/2822
E-mail: allison.rovner@usdoj.gov
            alyssa.o'gallagher@usdoj.gov