**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL D. COHEN, | Civil Action No.: 1:21-cv-10774-LJL |
| *Plaintiff,* | |
| v. | **NOTICE OF MOTION** |
| UNITED STATES OF AMERICA, *et al.*, | |
| *Defendants.* | |

**PLEASE TAKE NOTICE** that the defendant, Donald J. Trump ("Defendant"), hereby moves, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing the complaint against Defendant in its entirety. This motion is supported by the annexed memorandum of law, declaration of Alina Habba dated April 4, 2022, any arguments or evidence presented in reply, and all arguments or evidence presented at a hearing or with leave of Court.

Dated: April 4, 2022

_____
Alina Habba, Esq.
Attorney ID No.: 4931630
HABBA MADAIO & ASSOCIATES LLP
112 West 34th Street, 17th, and 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump,*
*former President of the United States*

1