UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. COHEN,<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　*Defendants.* | Civil Action No.: 1:21-cv-10774-LJL<br><br>**DECLARATION OF<br>ALINA HABBA, ESQ.** |

　　　　I, Alina Habba, an attorney admitted to practice before this Court, and the Courts of the State of New York, hereby affirm and declare under penalty of perjury, as follows:

　　　　1.　　I am the managing partner of the law firm of Habba Madaio & Associates LLP, attorneys of record for Defendant, Donald J. Trump ("Defendant"), and am duly admitted to practice in the District Court for the Southern District of New York and the State of New York. I have reviewed my file, and all matters pertinent to this action, and I am fully familiar with the facts and circumstances surrounding this case.

　　　　2.　　This Declaration is submitted in support of Defendant's motion to dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(1) and 12(b)(6).

　　　　3.　　Attached as **Exhibit A** to this declaration is a true and correct copy of the Complaint filed by Robert S. Trump in the matter of *Robert S. Trump v. Mary L. Trump, et al.*, Supreme Court of the State of New York, Dutchess County, Index No. 2020-51585.

　　　　4.　　Attached as **Exhibit B** to this declaration is a true and correct copy of the cease-and-desist letter sent by Charles Harder, Esq. on behalf of the Trump Organization to Plaintiff on April 30, 2020.

Based on the foregoing, Defendant respectfully requests that this Court grant the within motion in its entirety, along with such other and further relief this Court deems necessary.

Dated: April 4, 2022

*(signature)*

Alina Habba, Esq.
Attorney ID No.: 4931630
HABBA MADAIO & ASSOCIATES LLP
112 West 34th Street, 17th, and 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail:

*Attorneys for Defendant, Donald J. Trump, former President of the United States*