UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. COHEN,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　*Defendants.* | Civil Action No.: 1:21-cv-10774-LJL<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that the defendant, Donald J. Trump, former President of the United States ("Defendant"), hereby moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for an order (i) granting a stay of all discovery proceedings in this matter until this Court issues a ruling on Defendant's pending Motion to Dismiss; (ii) granting an interim stay of all discovery proceedings in this matter until this Court issues a ruling on the instant motion; and (iii) for all other relief that the Court deems equitable and proper. This motion is supported by the annexed memorandum of law and any arguments or evidence presented in reply, and all arguments or evidence presented at a hearing or with leave of Court

Dated: May 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　Alina Habba, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney ID No.: 4931630
　　　　　　　　　　　　　　　　　　　　　　　　　**HABBA MADAIO & ASSOCIATES LLP**
　　　　　　　　　　　　　　　　　　　　　　　　　112 West 34th Street, 17th, and 18th Floors
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10120
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (908) 869-1188
　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: ahabba@habbalaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, Donald J. Trump,*
　　　　　　　　　　　　　　　　　　　　　　　　　*former President of the United States*