

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 1, 2022

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Cohen v. United States of America, et al.*, No. 21 Civ. 10774 (LJL)

Dear Judge Liman:

    This Office represents defendant United States of America (the "Government"), as well as defendants William Barr, Michael Carvajal, Jon Gustin, Patrick McFarland, James Petrucci, Enid Febus, and Adam Pakula (together with the Government, "Moving Defendants"), in the above-referenced action. We write respectfully regarding the upcoming oral argument, scheduled for July 11, 2022, on Moving Defendants' motion to dismiss. *See* ECF No. 72. We respectfully request that the undersigned AUSAs be permitted to divide between them the oral argument on behalf of Moving Defendants, with AUSA Alyssa O'Gallagher addressing Moving Defendants' motion to dismiss the *Bivens* claims and AUSA Allison Rovner addressing Moving Defendants' motion to dismiss the Federal Tort Claims Act claims.

    We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                By:    */s/ Allison M. Rovner*
                                        ALLISON M. ROVNER
                                        ALYSSA B. O'GALLAGHER
                                        Assistant United States Attorneys
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2691/2822
                                        Facsimile: (212) 637-2786
                                        E-mail: allison.rovner@usdoj.gov
                                                      alyssa.o'gallagher@usdoj.gov

cc: Counsel of record (by ECF)