

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 11, 2022

**By ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Cohen v. United States of America, et al.*, No. 21 Civ. 10774 (LJL)

Dear Judge Liman:

      This Office represents defendant United States of America (the "Government"), as well as defendants William Barr, Michael Carvajal, Jon Gustin, Patrick McFarland, James Petrucci, Enid Febus, and Adam Pakula (together with the Government, "Moving Defendants"), in the above-referenced action. We write respectfully to request that the Court adjourn the oral argument on the pending motions to dismiss, which the Court recently rescheduled for July 18, 2022, to August 2, 2022.

      The reason for the request is that the undersigned counsel has a scheduling conflict and is not available for argument on July 18. We have conferred with counsel for all parties, and the first date that all counsel is available for oral argument is August 2. We therefore propose that the Court reschedule argument for a time on August 2.[1] The parties have requested one prior adjournment of the oral argument, which the Court granted. *See* ECF Nos. 71-72. Counsel for all parties consents to this request.

      We thank the Court for its consideration of this request.

---

[1] Should the Court instead wish to schedule oral argument for later in August or early September, undersigned counsel is unavailable on August 3-5, August 8, and August 29-September 2.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:    */s/ Allison M. Rovner*
        ALLISON M. ROVNER
        ALYSSA B. O'GALLAGHER
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2691/2822
        Facsimile: (212) 637-2786
        E-mail: allison.rovner@usdoj.gov
             alyssa.o'gallagher@usdoj.gov

cc: Counsel of record (by ECF)