UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL COHEN,

                    Plaintiff,

    -against-                                       21 **CIVIL** 10774 (LJL)

                                                              **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA, et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 14, 2022, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        November 15, 2022

                                                                  **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                 **BY:**

                                                                      **Deputy Clerk**